UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LUIS GUILLERMO AROCA ORTIZ,** § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-06274 |
| § | |
| **KRISTI NOEM,** *et al.*, § § | |
| Respondents. § | |

## ORDER

Before the Court is the Government's Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 7). The Court requires a response to this Motion from Petitioner. Petitioner is instructed to file a response with the Court by Monday, February 2, 2026.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 29th day of January, 2026.

_____
Keith P. Ellison
United States District Judge

1 / 1